# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTONIO PIMENTEL CONTRERAS,

    Petitioner,

vs.

STATE OF NEVADA, *et al.*,

    Respondents.

Case No. 3:15-cv-00061-LRH-VPC

**ORDER**

    Respondents having filed a motion for enlargement of time (first request) (#9), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion for enlargement of time (first request) (#9) is **GRANTED**. Respondents shall have through September 14, 2015, to file and serve an answer or other response to the petition (#6).

    DATED this 12th day of August, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE